IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EPOCH COMPANY, LTD., <br><br> Plaintiff, <br><br> v. <br><br> THEA VON ENGELBRECHTEN, <br><br> Defendant. | Civil Action No. 1:25-cv-02871-AS |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Epoch Company, hereby dismisses all claims in this action without prejudice, with each party to bear its own costs, expenses and attorneys' fees.

Date: August 8, 2025

Respectfully submitted,

*/s/ Aya Cieslak-Tochigi*

John L. Strand (admitted *pro hac vice*)
jstrand@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
617.646.8000 Phone
617.646.8646 Fax

Aya Cieslak-Tochigi
WOLF, GREENFIELD & SACKS, P.C.
605 Third Avenue
New York, NY 10158
acieslaktochigi@wolfgreenfield.com
212.697.7890 Phone
617.646.8646 Fax

*Counsel for Plaintiff*